| | |
|---|---|
| 1 | Katherine A. Neben (State Bar No. 263099) |
| | kneben@jonesday.com |
| 2 | JONES DAY |
| | 3161 Michelson Drive, Suite 800 |
| 3 | Irvine, CA  92612.4408 |
| | Telephone:    (949) 851-3939 |
| 4 | Facsimile:    (949) 553-7539 |
| 5 | Attorneys for Defendant |
| | EXPERIAN INFORMATION |
| 6 | SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUDY BICKHAM, | Case No. 2:19-cv-01790-WBS-KJN |
| Plaintiff, | **ORDER GRANTING SECOND STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT** |
| v. | |
| Experian Information Solutions, Inc.; Equifax Information Services, LLC; TransUnion, LLC, and Caliber Home Loans, Inc., | |
| Defendants. | |

Pursuant to the joint stipulation between Plaintiff Judy Bickham and Defendant Experian Information Solutions, Inc. ("Experian") the deadline for Experian to answer, object, or otherwise respond to Plaintiff's Complaint shall be extended 14 days from October 23, 2019, to November 6, 2019.

**IT IS SO ORDERED**.

Dated:  October 24, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE